UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PEIQING CONG, RI CONG, WU CONG, XINGHU DU, XINGMIN DU, XINGTAO DU, YIWEI GUAN, YECAI HE, JIFA LIU, BAOXIN QU, BAOZHENG QU, KUI QU, MINKUI QU, RENKUI QU, SHUSHENG QU, TIANKUI QU, WEILI QU, XINGZHANG QU, YONGLI QU, YONGSUI QU, YONGXIN QU, ZHENQUAN QU, ZHENSHUANG QU, JIAN SUN, MAOKUN SUN, FUJUN TAN, CHUANLIANG WANG, DEJUN WANG, SHUGUO WANG, and WEIZHENG YU,<br><br>Plaintiffs,<br>VS.<br><br>CONOCOPHILLIPS COMPANY,<br><br>Defendant. | Civil Action No. 4:12-cv-01976 |

**STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs Peiqing Cong, Ri Cong, Wu Cong, Xinghu Du, Xingmin Du, Xingtao Du, Yiwei Guan, Yecai He, Jifa Liu, Baoxin Qu, Baozheng Qu, Kui Qu, Minkui Qu, Renkui Qu, Shusheng Qu, Tiankui Qu, Weili Qu, Xingzhang Qu, Yongli Qu, Yongsui Qu, Yongxin Qu, Zhenquan Qu, Zhenshuang Qu, Jian Sun, Maokun Sun, Fujun Tan, Chuanliang Wang, Dejun Wang, Shuguo Wang, and Weizheng Yu ("Plaintiffs") and Defendant ConocoPhillips Company ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

The Defendant's time to answer, move or otherwise respond to the Plaintiffs' July 2, 2012 Complaint for Damages and Injunctive Relief ("Complaint") is extended to and includes September 24, 2012.

1

Defendant will execute a waiver of service request. This stipulation and agreement of the parties is without prejudice to, and the Defendant does not waive, any other defense that the Defendant may assert in any motion or responsive pleading, including but not limited to any defenses or objections regarding lack of personal jurisdiction, forum non-conveniens or improper venue.

Dated: July 26, 2012.

| | |
|---|---|
| **THE BILEK LAW FIRM, L.L.P.** | **BEIRNE, MAYNARD & PARSONS L.L.P.** |
| /S/ Thomas E. Bilek* (signed by permission) | /S/ Martin D. Beirne |
| **Thomas E. Bilek** | **Martin D. Beirne** |
| Federal I.D. No. 9338 | Texas Bar No. 02055000 |
| Texas Bar No. 02313525 | Federal I.D. No. 3120 |
| **Kelly Cox Bilek** | **David A. Pluchinsky** |
| Texas Bar No. 00786286 | Texas Bar No. 16074400 |
| 808 Travis, Suite 802 | Federal I.D. No. 9159 |
| Houston, Texas 77002 | **Darin L. Brooks** |
| Tel. (713) 227-7720 | Texas Bar No. 00796252 |
| Fax (713) 227-9404 | Fed. I.D. No. 22788 |
| | 1300 Post Oak Boulevard, Suite 2500 |
| ATTORNEYS FOR PLAINTIFFS | Houston, Texas 77056 |
| | Tel. (713) 623-0887 |
| | Fax (713) 960-1527 |
| | ATTORNEYS FOR DEFENDANT |