| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Peiqing Cong, *et al.*,  §
§
       Plaintiffs,  §
§
*versus*  §  Civil Action H-12-1976
§
ConocoPhillips Company,  §
§
       Defendant.  §

## Order for Extension of Time

ConocoPhillips Company may answer the complaint by 5:00 p.m. on September 24, 2012.

Signed on August 4, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge