UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEIQING CONG, RI CONG, WU CONG, XINGHU DU, XINGMIN DU, XINGTAO DU, YIWEI GUAN, YECAI HE, JIFA LIU, BAOXIN QU, BAOZHENG QU, KUI QU, MINKUI QU, RENKUI QU, SHUSHENG QU, TIANKUI QU, WEILI QU, XINGZHANG QU, YONGLI QU, YONGSUI QU, YONGXIN QU, ZHENQUAN QU, ZHENSHUANG QU, JIAN SUN, MAOKUN SUN, FUJUN TAN, CHUANLIANG WANG, DEJUN WANG, SHUGUO WANG, and WEIZHENG YU, | § | |
| | § | CIVIL ACTION NO. 4:12-cv-01976 |
| Plaintiffs, | § | |
| v. | § | |
| CONOCOPHILLIPS COMPANY, | § | |
| Defendant. | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiffs, through their counsel, believe that the following persons and entities have a financial interest in the outcome of this action:

1. Plaintiffs listed above;

2. Defendant ConocoPhillips Company;

3. Attorneys for Defendant:

   Martin D. Beirne
   David A. Pluchinsky
   Darin L. Brooks
   Beirne, Maynard & Parsons L.L.P.
   1300 Post Oak, Suite 2500
   Houston, Texas 77056
   (713) 623-0887
   (713) 960-1527 fax

4. Attorneys for Plaintiff:

   a) Thomas E. Bilek
      The Bilek Law Firm, L.L.P.
      808 Travis, Suite 802
      Houston, Texas 77002
      (713) 227-7720
      (713) 227-9404 fax

   b) Stuart H. Smith
      Michael G. Stag
      John L. Fontenot
      Sean Cassidy
      Smith Stag, L.L.C.
      365 Canal Street, Suite 2850
      New Orleans, Louisiana 70130
      (504) 593-9600
      (504) 593-9601 fax

Dated: August 17, 2012.

Respectfully submitted,

_/s/ Thomas E. Bilek_
Thomas E. Bilek
State Bar No. 02313525 / SDTX Bar No. 9338
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
808 Travis, Suite 802
Houston, Texas 77002
(713) 227-7720
FAX (713) 227-9404
tbilek@bileklaw.com

Stuart H. Smith
Michael G. Stag
John L. Fontenot
Sean Cassidy
SMITH STAG, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
(504) 593-9600
(504) 593-9601 (fax)

**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was filed via the Live District CM/ECF System on August 17, 2012, which caused an electronic copy of same to be served automatically upon all counsel of record.

                                            */s/ Thomas E. Bilek*
                                            Thomas E. Bilek