| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Peqing Cong, *et al.*, §
§
　　　　　Plaintiffs, §
§
*versus* § Civil Action H-12-1976
§
ConocoPhillips Company, §
§
　　　　　Defendant. §

## Scheduling Order

1. The conference set for October 1, 2012, is cancelled.

2. ConocoPhillips Company may respond to the complaint by September 24, 2012.

3. The plaintiffs may respond to ConocoPhillips by November 16, 2012.

4. ConocoPhillips may reply to the plaintiffs by December 17, 2012. (7)

5. A conference will be held on:

　　　　　January 22, 2013,
　　　　　at 10:00 a.m. in
　　　　　Judge Hughes's Chambers
　　　　　United States Court House
　　　　　515 Rusk Avenue, Room 11122
　　　　　Houston, Texas  77002.

Signed on September 20, 2012, at Houston, Texas.

　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　United States District Judge