UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEIQING CONG, *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 4:12-CV-01976 |
| v. | § | |
| | § | |
| CONOCOPHILLIPS COMPANY, | § | JURY TRIAL DEMANDED |
| Defendant. | § | |
| | § | |

## ConocoPhillips Company's Motion to Dismiss

Defendant ConocoPhillips Company ("ConocoPhillips") respectfully requests that the Court dismiss this lawsuit because it is precluded by the following doctrines and Federal Rules of Civil Procedure, as detailed in the brief filed contemporaneously with this motion:

1. Forum Non Conveniens;

2. Act of State Doctrine;

3. International Comity Doctrine;

4. Foreign Affairs Doctrine;

5. Federal Rule of Civil Procedure 19 for failure to join an indispensable party; and

6. Failure to state any cognizable claim under Federal Rule of Civil Procedure 12(b)(6), including the claims for negligence, public and private nuisance, trespass, unjust enrichment, violation of the Alien Tort Statute, and equitable relief.

ConocoPhillips incorporates by reference its brief in support of this motion and appendix in support of this motion.

ConocoPhillips respectfully requests oral argument on this motion.

                        Respectfully submitted,

                        _____/s/ Martin D. Beirne_____

**Martin D. Beirne**
Texas Bar No. 02055000
Southern District of Texas No. 3120
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Tel. (713) 623-0887
Fax (713) 960-1527

**ATTORNEY IN CHARGE FOR DEFENDANT CONOCOPHILLIPS COMPANY**

**Of Counsel:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
**David A. Pluchinsky**
Texas Bar No. 16074400
Southern District of Texas No. 9159
**Darin L. Brooks**
Texas Bar No. 00796252
Southern District of Texas No. 22788
**Kristen W. Kelly**
Texas Bar No. 24046198
Southern District of Texas No. 690180
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Tel. (713) 623-0887
Fax (713) 960-1527

**Of Counsel:**
KIRKLAND & ELLIS LLP
**Brant W. Bishop, P.C.**
Southern District of Texas No. 724895
**Patrick M. Bryan**
Southern District of Texas No. 1572792
**Emily P. Hughes**
Southern District of Texas No. 1572784
655 Fifteenth St., N.W.
Washington, D.C. 20005
Tel. (202) 879-5000
Fax (202) 879-5200

**Of Counsel:**

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
**Sean C. Grimsley**
Southern District of Texas No. 1561634
**Glen E. Summers**
Southern District of Texas No. 598585
**Dan Brody**
Southern District of Texas No. 37820
1899 Wynkoop Street, Suite 800
Denver, Colorado 80202
Tel. (303) 592-3115
Fax (303) 592-3140

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of September 2012, a true and correct copy of the foregoing instrument was forwarded to the following counsel-of-record via certified mail, return receipt requested.

Thomas E. Bilek
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
808 Travis, Suite 802
Houston, TX 77002

Stuart H. Smith
Michael G. Stag
John L. Fontenot
Sean Cassidy
SMITH STAG, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130

                /s/ Darin L. Brooks
              Darin L. Brooks