UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEIQING CONG, *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 4:12-CV-01976 |
| v. | § | |
| | § | |
| CONOCOPHILLIPS COMPANY, | § | JURY TRIAL DEMANDED |
| Defendant. | § | |
| | § | |

**ConocoPhillips Company's Appendix Supporting its Motion to Dismiss and Brief**

Defendant ConocoPhillips Company ("ConocoPhillips") files this appendix of exhibits in support of its motion to dismiss (D.E. 10) and brief (D.E. 11). Attached to this appendix, and incorporated fully by reference herein, are true and correct copies of the following exhibits:

| **Exhibit** | **Document description** |
|---|---|
| **A** | **Declaration of Sean Grimsley of Bartlit Beck Herman Palenchar & Scott LLP, one of the attorneys representing ConocoPhillips Company in this lawsuit.** |
| A1 | The first five pages of ConocoPhillips Company's Form 10-K for the fiscal year ending December 31, 2011 |
| A2 | Chinese National Offshore Oil Corporation ("CNOOC") Company Overview on CNOOC English Website |
| A3 | Accident Investigation and Settlement Report of June 21, 2012 from the State Oceanic Administration of the People's Republic of China |
| A4 | English Translation of Exhibit A3, the Accident Investigation and Settlement Report of June 21, 2012 from the State Oceanic Administration of the People's Republic of China |
| A5 | English translation of Tianjin Fishermen Complaint, attached as Exhibit 1 to the Declaration of Graham W. C. Vanhegan |

| | | |
|---|---|---|
| A6 | | China Daily Article, "Fishermen's oil-leak suit accepted by Tianjin court," of December 14, 2011 |
| **B** | | **Declaration of Graham W. C. Vanhegan, Deputy General Counsel, Corporate and Chief Compliance Officer, ConocoPhillips Company** |
| | B1 | Complaint filed in the Tianjin Court in the People's Republic of China by fisherman in Tianjin and the Court's statement that it accepted the case, provided to ConocoPhillips China by the Court |
| **C** | | **Declaration of Xiaoyang Li and Changyu Fu, senior partners of the Jun He Law Offices, a leading and prominent firm in the People's Republic of China.** |
| | C1 | People's Republic of China *General Principles of Civil Law* (English Translation from Thomson Reuters) |
| | C2 | *Law of the People's Republic of China on Application of Laws to Foreign-Related Civil Relations* (English translation from Thomson Reuters) |
| | C3 | *Organic Law of the People's Courts of PRC* (English translation by the General Office of Legislative Affairs Commission, The Standing Committee of the National People's Congress) |
| | C4 | People's Republic of China *Civil Procedure Law* (English translation by the General Office of Legislative Affairs Commission, The Standing Committee of the National People's Congress) |
| | C5 | *Decision of the Standing Committee of the National People's Congress on the Establishment of Maritime Courts in Coastal Port Cities* (English translation from Chinalawinfo Co., Ltd.) |
| | C6 | *Special Maritime Procedure Law of the People's Republic of China* (English translation from Thomson Reuters) |
| | C7 | *Environmental Protection Law of PRC* (English translation from Thomson Reuters) |
| | C8 | People's Republic of China *Marine Environment Protection Law* (English translation from Thomson Reuters) |
| | C9 | People's Republic of China *Tort Law* (English translation from Chinalawinfo Co., Ltd.) |

| | |
|---|---|
| D | **Declaration of Jacque deLisle, Professor of Political Science, Director of the Center for East Asian Studies and Deputy Director of the Center for the Study of Contemporary China at the University of Pennsylvania** |
| D1 | Curriculum vitae of Professor Jacques deLisle |

Respectfully submitted,

_____/s/ Martin D. Beirne_____
**Martin D. Beirne**
Texas Bar No. 02055000
Southern District of Texas No. 3120
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Tel. (713) 623-0887
Fax (713) 960-1527

**ATTORNEY IN CHARGE FOR DEFENDANT CONOCOPHILLIPS COMPANY**

**Of Counsel:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
**David A. Pluchinsky**
Texas Bar No. 16074400
Southern District of Texas No. 9159
**Darin L. Brooks**
Texas Bar No. 00796252
Southern District of Texas No. 22788
**Kristen W. Kelly**
Texas Bar No. 24046198
Southern District of Texas No. 690180
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Tel. (713) 623-0887
Fax (713) 960-1527

**Of Counsel:**

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
**Sean C. Grimsley**
Southern District of Texas No. 1561634
**Glen E. Summers**
Southern District of Texas No. 598585
**Dan Brody**
Southern District of Texas No. 37820
1899 Wynkoop Street, Suite 800
Denver, Colorado  80202
Tel. (303) 592-3100
Fax (303) 592-3140

**Of Counsel:**

KIRKLAND & ELLIS LLP
**Brant W. Bishop, P.C.**
Southern District of Texas No. 724895
**Patrick Bryan**

Southern District of Texas No. 1572792
**Emily P. Hughes**
Southern District of Texas No. 1572784
655 Fifteenth St., N.W.
Washington, D.C. 20005
Tel. (202) 879-5000
Fax (202) 879-5200

[4]

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September 2012, a true and correct copy of the foregoing instrument was forwarded to the following counsel-of-record via certified mail, return receipt requested.

Thomas E. Bilek
Kelly Cox Bilek
THE BILEK LAW FIRM, L.L.P.
808 Travis, Suite 802
Houston, TX 77002

Stuart H. Smith
Michael G. Stag
John L. Fontenot
Sean Cassidy
SMITH STAG, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130

      /s/ Darin L. Brooks_____
Darin L. Brooks