| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-01976 |
|---|---|---|---|
| PEIQING CONG, ET AL. ||||
| *versus* ||||
| CONOCOPHILLIPS COMPANY ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Michael G. Stag<br>Smith Stag, L.L.C.<br>365 Canal St., Suite 2850<br>New Orleans, LA 70130<br>(504) 593-9600<br>Louisiana Bar No. 23314<br>Eastern District of Louisiana Bar No. 23314 |
|---|---|
| Seeks to appear for this party: | PEIQING CONG, ET AL. |
| Dated: 8/22/12 | Signed: [signature] |

| The state bar reports that the applicant's status is: an active member |
|---|
| Dated: 9-24-12   Clerk's signature: [signature] |

Order

This lawyer is admitted *pro hac vice*.

Dated: 9-26-2012

[signature]
United States District Judge