| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

Peiqing Cong, *et al.*, §
§
Plaintiffs, §
§
versus § Civil Action H-12-1976
§
ConocoPhillips Company, §
§
Defendant. §

## Order on Remand and Deposition

The Li plaintiffs' motion to remand is denied. They may not depose ConocoPhillips Company. (27)

Signed on November 8, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge