| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

Peiqing Cong, et al., §
§
          Plaintiffs, §
§
versus §    Civil Action H-12-1976
§
ConocoPhillips Company, §
§
          Defendant. §

## Final Dismissal

The claims of the Cong and Li fishermen against ConocoPhillips Company are dismissed with prejudice.

Signed on November 8, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge